FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN E., <br>     Plaintiff, <br> v. <br> COMMISSIONER OF SOCIAL SECURITY, <br>     Defendant. | No. 1:18-cv-03152-SAB <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

On March 20, 2019, Magistrate Judge Mary K. Dimke issued a Report and Recommendation to Grant the Parties' Stipulated Motion for Remand Pursuant to Sentence Four of 42 U.S.C> § 405(g). ECF No. 21. No timely objections to the Report and Recommendation were filed.

//
//
//
//
//
//
//
//
//

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **adopts** Magistrate Judge Dimke's Report and Recommendation, ECF No. 21, in its entirety.

2. The parties' Stipulated Motion for Remand, ECF No. 20, is **GRANTED**.

3. The decision denying benefits is **REVERSED** and **REMANDED** for further administrative proceedings. On remand, the Administrative Law Judge ("ALJ") shall further develop the record, update the medical records, and issue a new decision. The ALJ shall also:

- Consider the nature and severity of Plaintiff's migraines;
- Reconsider Plaintiff's residual functional capacity;
- Obtain vocational expert testimony; and
- Offer Plaintiff the opportunity for a hearing, take any action needed to complete the administrative record, and issue a new decision.

4. This remand is made pursuant to 42 U.S.C. § 405(g).

5. Plaintiff's Motion for Summary Judgment, ECF No. 15, is **DISMISSED as moot**.

6. Upon proper presentation, this Court shall consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

7. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter judgment, and close this file.

**DATED** this 8th day of May 2019.



Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2**